# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-1234
LT Case No. 2022-CA-000126-A

———————————————

ROSE CASE,

  Appellant,

  v.

ZELJKO NIKIC, STEFAN NIKIC
AND AIRBNB, INC.,

  Appellees.

———————————————

On appeal from the Circuit Court for Hernando County.
Donald E. Scaglione, Judge.

Jennifer Ann Burns, of Carlson Meissner Hayslett P.A.,
Clearwater, for Appellant.

Rhett C. Parker and Evan P. Dahdah, of Phelps Dubar, LLC,
Tampa, for Appellees.

June 10, 2025

PER CURIAM.

  AFFIRMED.

EISNAUGLE, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____